■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUFUS GIBBS, Appellant.—Appeal by the defendant from two judgments of the County Court, Orange County (Pano Patsalos, J.), both rendered March 18, 1988, convicting him of attempted burglary in the second degree under Indictment No. 332/86, and criminal possession of a weapon in the third degree under Indictment No. 350/86, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Based upon the circumstances of this case, we conclude that the sentencing court did not err in failing to *sua sponte* vacate the defendant's pleas of guilty. Sullivan, J. P., Eiber, Rosenblatt and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GRIPPO, Appellant.—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered June 26, 1990, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his plea of guilty, and imposing a sentence of imprisonment upon his previous conviction of attempted burglary in the second degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.